STATE OF NEW JERSEY v. TYRONE WHITEHEAD.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAMON COLAS.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE SAUNDERS.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD TURNER.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS J. BEEH.

July 11, 1986.

Petition for certification denied.